FILED BY _____ D.C.
05 MAY 18 PM 3:48
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN-JACKSON

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| VS.                       ] | No. 1:04-10062-01-T |
| ] | |
| MICHAEL L. JACKSON        ] | |

### ORDER ON JURY VERDICT

This cause came on to be tried on May 10, 2005, Assistant U. S. Attorney James W. Powell, representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, Assistant Federal Defender, who was appointed.

Upon statement of counsel that they were ready for trial on the not guilty plea heretofore entered by the defendant, a jury was called, qualified, tried, accepted and sworn to well and truly try the issues herein joined and a true verdict render according to the law and evidence.

After listening to all of the testimony, arguments of counsel and charge of the court, the alternate juror was discharged and the jury retired to the jury room to begin its deliberation. After

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/18/05

65

due deliberation, the jury returned into open Court on May 11, 2005, and announced its verdict of **GUILTY** as charged in Count 1 of the Indictment and **NOT GUILTY** as charged as to Count 2 of the indictment. Jurors polled individually, thanked for services and discharged.

This case is set for sentencing on **Tuesday, August 9, 2005 at 8:30 a.m.**

The defendant is remanded to the custody of the U. S. Marshal.

IT IS SO ORDERED

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 18 May 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 1:04-CR-10062 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT