IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                    CR NO. 1:04-CR-10062-01-T

MICHAEL L. JACKSON

### ORDER OF DISMISSAL UPON JURY VERDICT OF NOT GUILTY

This cause came on to be heard on May 11, 2005, Assistant U. S. Attorney, James W. Powell, representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed.

Upon statements of counsel that they were ready for trial upon the plea of not guilty heretofore entered by the defendant, a jury was called, qualified, tried and sworn to well and truly try the issues herein joined and a true verdict render according to the law and evidence.

After listening to all of the evidence, arguments of counsel, and charge of the Court, the alternate jurors were discharged and the jury retired to the jury room to deliberate upon its verdict.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/18/05

66

After due deliberation, the jury returned in open court on May 11, 2005, and announced its verdict of NOT GUILTY as charged in Count 2 of the Indictment. The jurors were polled individually and discharged.

IT IS ORDERED AND ADJUDGED that the Count 2 of the Indictment be and is hereby dismissed as to the defendant, Michael L. Jackson.

The defendant is remanded to the custody of United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 18 May 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 1:04-CR-10062 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT