

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,                 \*

      Plaintiff,                     \*

v.                                \*              CR. NO. 04-10062-T

MICHAEL JACKSON                \*

      Defendant.                  \*

---

## MOTION TO CONTINUE SENTENCING

---

Comes now Defendant by and through appointed counsel and Moves this Honorable Court

to continue the sentencing presently set for Tuesday, August 9, 2005. In support of this motion

Defendant would state:

1.  Defense counsel received the pre sentence report on July 12, 2005 and has met with

Defendant to review same. Defendant does have substantive objections to the report and Defendant's

Position with Respect to Sentencing Factors is currently being drafted by counsel. Due to counsel's

schedule and obligations for court appearances in other matters, counsel has not had adequate

opportunity to complete such response. Counsel cannot effectively represent Defendant without

additional time in which to prepare and file the response.

2.  Defense counsel has consulted with government counsel and there is no opposition to the

relief requested.

Premises considered, Defendant moves that the sentencing be continued for a short period.

Defendant would suggest the date of August 17, 2005, in the event such date is available with the

Court.

Respectfully submitted, this the ___5___ day of ___Aug___, 2005.

**MOTION GRANTED**

**DATE:** _8 August 2005_

_James D. Todd_

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __8/9/05__

69

M. Dianne Smothers [011874]
Assistant Federal Defender
109 S. Highland Ave., Rm. B-8
Jackson, TN 38301
Phone: (731)427-2556

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was served upon all interested parties by either hand delivery or by mailing same, postage prepaid to the following:

Mr. James Powell
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee, 38301

This the _____ day of _____ , 2005.

M. Dianne Smothers

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 69 in
case 1:04-CR-10062 was distributed by fax, mail, or direct printing on
August 9, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT