IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                                 Cr. No. 04-10062-T

MICHAEL JACKSON,
    Defendant.

## MOTION TO ALLOW DEFENDANT 90 DAYS IN WHICH TO REPORT

COMES NOW the defendant herein by and through appointed counsel, and moves this Honorable Court to allow Defendant no less than 90 days in which to report for service of his sentence. In support of this motion Defendant would state:

1. Defendant is currently employed and is attempting to pay on outstanding accounts which Defendant has. As Defendant faces a substantial custodial sentence he is attempting to address such accounts before he reports for service of sentence.

2. Defendant will continue to report to U.S. Pretrial Services as prior directed until service of his sentence begins.

3. Defense counsel has consulted with government counsel and there is no objection to the relief requested.

Premises considered, Defendant moves that he be directed to report for service of sentence no later than 90 days from the date of filing of this motion.

Respectfully submitted this the 24 day of August, 2005.

**MOTION GRANTED**
DATE: 24 August 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/26/05

James D. Todd
U.S. District Judge

M. Dianne Smothers [011874]
Assistant Federal Defender
109 S. Highland Ave., Rm. B-8
Jackson, TN 38301
(731) 427-2556

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was served upon all interested parties by either hand delivery or by mailing same, postage prepaid to the following:

Mr. James Powell
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee, 38301

This the 24 day of Aug, 2005.

M. Dianne Smothers

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 1:04-CR-10062 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT