IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

*FILED BY ____ D.C.*
*05 SEP 14  PM 2: 12*
*THOMAS M. GOULD*
*CLERK, U.S. DISTRICT COURT*
*W/D OF TN, JACKSON*

UNITED STATES OF AMERICA

vs.                                                           CR NO. 1:04-10062-01-T

MICHAEL JACKSON


## ORDER TO SURRENDER

Defendant, Michael Jackson, having been sentenced in the above styled matter to the

custody of the Bureau of Prisons, and having been granted leave by the Court to report to the

designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of

Prisons by reporting to: Memphis FCI SCP, 6696 Navy Road, Millington, TN 38353;

no later than 12:00 Noon on Friday, September 30, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and

return the copy, to acknowledge receipt of said order and that he will report as directed to the

above named institution.

IT IS ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: _14 September 2005_

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT:  I agree to report as
directed in the above order and understand that if I fail to so
report, I may be cited for contempt of court and if convicted, may
be punished by imprisonment or fine or both.

_____                    _____
Date                                 Defendant Signature

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9/15/05_

84

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 1:04-CR-10062 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT