IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-10062-T |
| MICHAEL JACKSON | * | |
| Defendant. | * | |

MOTION TO AMEND 'AMENDED ORDER TO SURRENDER'

Comes now Defendant and moves this Honorable Court to amend the Amended Order To Surrender entered in this matter on September 28, 2005. In support of this motion Defendant would state:

1. Pursuant to the current Amended Order to Surrender Defendant is to self surrender on Thursday, November 24, 2005.

2. Defendant is currently employed and Defendant's wife is seeking full time employment so that the household will have sufficient income for monthly expenses during Defendant's incarceration. Defendant's wife has not yet found employment but continues to actively seek it. Currently Defendant is the breadwinner and income provider for the family.

3. Defense counsel has consulted with government counsel regarding the relief requested and there is no opposition to the relief requested.

Premises considered, Defendant moves that he be ordered to report no sooner than six (6) months from the filing of this motion for the grounds set forth above.

Respectfully submitted, this the 15 day of Nov., 2005

**MOTION DENIED**
**DATE:** 17 November 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/17/05

M. Dianne Smothers [011874]
Assistant Federal Defender
109 S. Highland Ave., Rm. B-8
Jackson, TN 38301
Phone: (731)427-2556

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was served upon all interested parties by either hand delivery or by mailing same, postage prepaid to the following:

Mr. James Powell
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee, 38301

This the 15 day of Nov, 2005.

M. Dianne Smothers

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 1:04-CR-10062 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT